E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DENNIS MITCHELL (Cal. Bar No. 116039)
Assistant United States Attorney
Environmental Crimes and Consumer Protection Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2484
    Facsimile: (213) 894-0141
    E-mail:    Dennis.Mitchell@usdoj.gov
RYAN CONNORS (N.Y. Bar No. 4404901)
Senior Trial Attorney
LAUREN STEELE (N.Y. Bar No. 4416814)
Trial Attorney
Environmental Crimes Section
150 M Street NE
Washington, DC 20002
Telephone: (202) 305-0363
Facsimile:      (202) 514-8865
E-Mail:         ryan.connors@usdoj.gov
E-Mail:         lauren.steele@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAI KEUNG TIN,<br>   aka "SK Tin,"<br>   aka "Ricky Tin,"<br>   aka "Ji Yearlong,"<br><br>    Defendant. | No. 2:24-CR-00161-JLS<br><br>JOINT FACTUAL STATEMENT |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, Assistant United States Attorney Dennis Mitchell, and

Department of Justice Environmental Crimes Section Trial Attorneys Ryan Connors and Lauren Steele, and Richard Goldman, counsel for the defendant, jointly submit this factual statement as the basis for the defendant's anticipated guilty plea to the indictment.

At all times relevant to these charges:

1. Defendant SAI KEUNG TIN, also known as ("aka") "SK Tin," aka "Ricky Tin," aka "Ji Yearlong," was a citizen of the People's Republic of China and resident of Hong Kong.

2. The eastern box turtle was listed in Appendix II of the Convention on International Trade in Endangered Species of Wild Flora and Fauna ("CITES"). United States laws and regulations required that individuals: obtain a CITES export or re-export permit; file a declaration with U.S. Fish and Wildlife Service ("USFWS"); accurately label the package; and present the turtles to the USFWS for inspection prior to export.

3. On or about June 22, 2023, the defendant knowingly exported and sent, and aided and abetted the exporting and sending, of a package containing 12 eastern box turtles from Los Angeles County to his residence in Hong Kong. The defendant knew the export was fraudulent and contrary to law in that it did not contain the required CITES permit, declaration, or accurate label and was not presented for inspection.

4. On or about June 22, 2023, the defendant knowingly exported and sent, and aided and abetted the exporting and sending, of a second package containing 12 eastern box turtles from Los Angeles County to his residence in Hong Kong. The defendant knew the export was fraudulent and contrary to law in that it did not contain

the required CITES permit, declaration, or accurate label and was not presented for inspection.

5.   On or about June 24, 2023, the defendant knowingly exported and sent, and aided and abetted the exporting and sending, of a package containing eight eastern box turtles from Los Angeles County to his residence in Hong Kong. The defendant knew the export was fraudulent and contrary to law in that it did not contain the required CITES permit, declaration, or accurate label and was not presented for inspection.

6.   On or about June 24, 2023, the defendant knowingly exported and sent, and aided and abetted the exporting and sending, of a second package containing eight eastern box turtles from Los Angeles County to his residence in Hong Kong. The defendant knew the export was fraudulent and contrary to law in that it did not contain the required CITES permit, declaration, or accurate label and was not presented for inspection.

Dated: October 2, 2024                Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

DENNIS MITCHELL
Assistant United States Attorney


                                      /s/
                                      Ryan Connors
                                      Senior Trial Attorney
                                      Lauren Steele
                                      Trial Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA


_William S. Harris_ (for ~~Richard Goldman~~)     11/21/2024
Attorney for Defendant                             Date
Sai Keung Tin


_____                          21 NOV, 2024
Sai Keung Tin                                      Date
Defendant


                    CERTIFICATION OF INTERPRETER

I, _Yanyan Liu_, am fluent in the written and spoken English and Cantonese languages. I accurately translated this entire agreement from English into Cantonese to defendant Sai Keung Tin on this date.

_____                          11/21/2024
Interpreter Name                                   Date

4