# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Josephine L. Staton
From: Kelly Davis, Deputy Clerk   Date Received: December 19, 2024
Case No.: CR 24-00161-JLS   Case Title: USA v. Sai Keung Tin
Document Entitled: Letter to Judge

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1  Documents must be filed electronically
- ☐ Local Rule 6-1  Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1  No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1  Document not legible
- ☐ Local Rule 11-3.8  Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1  No copy provided for judge
- ☐ Local Rule 11-6  Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8  Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1  Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7  Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1  Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1  Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2  Statement of genuine disputes of material fact lacking
- ☑ Local Rule 83-2.5  No letters to the judge
- ☐ Fed. R. Civ. P. 5  No proof of service attached to document(s)
- ☐ Other:

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date _____   U.S. District Judge / U.S. Magistrate Judge _____

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

January 23, 2025    JOSEPHINE L. STATON
Date                U.S. District Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)    NOTICE OF DOCUMENT DISCREPANCIES

CASE NO. CR-24-00161-JLS                                    DATE: DEC 19, 2024

ATTN: THE HONORABLE JOSEPHINE L. STATON

YOUR HONOR, I'M WRITING THIS LETTER BECAUSE I AM A PERSON THAT BELIEVES WHAT IS RIGHT IS RIGHT AND WHAT'S WRONG, WRONG AND IF ONLY MORE PEOPLE WOULD STAND UP TO THIS THE WORLD WOULD BE A BETTER NICE PLACE. I AM A PERSON THAT ATTEMPTS TO LIVE HIS LIFE AS HONEST AS POSSIBLE STANDING UP TO THE BULLIES AND INJUSTICES OF THE WORLD. I'M A SMALL GUY 5-3", 120lbs AND I'M SURE MY DISLIKE FOR BULLIES STEMS FROM THIS YET SINCE STARTING TO LIVE MY LIFE AS HONEST AS POSSIBLE. I HAVE BEEN EXTREMELY HAPPY AND CONTENT WITH MYSELF. I HAVE ALSO ACQUIRED THIS GREAT COURAGE TO NOT BE AFRAID TO STAND UP FOR WHAT IS CORRECT AND NOT BE EMBARRASED AS LONG AS WHAT I STAND UP FOR IS THE TURTH AND RIGHT THING WHICH BRINGS ME TO MY WHOLE POINT OF THIS LETTER. I AM CURRENTLY INCARCERATTED WITH 'RICKY' AT M.D.C. LOS ANGELES. I AM ALSO HERE ON A SIMILAR WILDLIFE TRAFFICKING CASE AND AM VERY INVOLVED (UNLIKE RICKY) IN THE REPTILE HOBBY. I CAN HONESTLY SAY THAT I AM OUTARGED FOR THE COMPLETE LACK OF CARE OF DESTROYING A HUMAN LIFE ALL IN ORDER TO BUILD A EXAGGERATED PROSECUTION CASE. I HAVE ALSO BEEN ON THE WRONG SIDE OF THE LAW AND NOT FOLLOWED THE REQUIRED IMPORTATION PERMITS IN ORDER TO OBTAIN NEW SPECIES OF TURTLES IN MY PERSONAL REPTILE COLLECTION. MANY PEOPLE IN THE HOBBY BELIEVE SOME OF OUR LAWS ARE UNRESONABLE AND NON LOGICAL. SPECIALLY WHEN IT COMES TO TURTLES THAT ARE KILLED IN THE 1000'S EVERY YEAR WHILE CROSSING THE ROAD. AS A MATTER OF FACT MOST OF THESE TURTLES COLLECTED AND LATER SMUGGLED TO OTHER COUNTRIES TO ENTER THE PET TRADE AND ATTEMPTED PROPAGATION OF THE SPECIES IN CAPTIVITY ARE COLLECTED WHILE CROSSING ROADS FINDING THEM IN THE LEAF LITTERS OF THEIR FOREST HABITATS IS EXTREMELY DIFFICULT SIMILAR TO THE SAYING FINDING A NEEDLE IN A HAY STACK. WHILE I AM NOT IN NO WAY JUSTIFYING THE BREAKING OF THE LAW. I AM MEARLY STATING HOW PEOPLE CAN BELIEVE AND PUT IN THEIR HEADS THAT THEY ARE NOT COMMITTING SUCH A BAD OR EVIL CRIME. I KNOW I HAVE CONVINCED MYSELF THAT I AM MOST LIKELY SAVING THE ANIMALS LIFE AND HELPING CONSERVE THEM AT LEAST IN CAPTIVITY AFTER LAND DEVELOPMENT TAKES OVER THEIR NATURAL HABITAT. I CAN HONESTLY SAY THAT

< PAGE 1 >

KNOWING THE REPTILE TRADE AS WELL AS I DO. "RICKY" IS NOT A REPTILE KEEPER OR DEALER LIKE BEING MADE OUT TO BE. HE IS SIMPLY A PAWN WITH A UNITED STATES VISA AND HONG KONG RESIDENCE THAT WAS CONVINCE TO HELP OUT WHAT HE BELIEVED WAS A VERY NON-SERIOUS FAVOR OF HELPING RECEIVE SOME TURTLES AS PETS IN HONG KONG. I HAVE DONE THE SAME WITH INDIVIDUALS TO RECEIVE TURTLES FROM HONG KONG IN THE UNITED STATES. AT TIMES I SIMPLY ASKED FOR THE FAVOR PRETENDING IT WAS NO ILLEGAL ACT. OTHER TIMES I GIFTED THEM A CHEAP GIFT OR A NICE DINNER OUT. I BELIEVE 'RICKY' TO BE THE SAME UNSUSPECTING CRIMINAL HERE. MAY BE FOR A FEW EXTRA DOLLARS, MAY BE NOT. I DO KNOW THAT HE IS NOT A BIG TURTLE DEALER LIKE BEING MADE OUT TO BE. I ALSO KNOW THAT HE IS NOT THE MANY ALIASES BEING ACCUSED OF WHO EVER USED HIM AS A PAWN, WOULD HAVE MANY OTHERS HELPERS TO AVOID LOOSING MULTIPLE SHIPMENTS. AT TIMES 'RICKY' MIGHT NOT EVEN HAVE BEEN AWARE OF HIS NAME BEING USED ALONG WITH HIS ADDRESS. I UNDERSTAND HE BROKE THE LAW AND MUST PAY FOR HIS BAD DEED, BUT IT IS NOT FAIR FOR THE PROSECUTORS TO TRY AND PIN HIM FOR SO MANY OTHER SHIPMENTS AND FOR A MUCH BIGGEST ROLE. THIS IS A GREAT INJUSTICE OF BLAMMING PEOPLE FOR A MUCH BIGGER CRIME THAT WHAT THEY ACTUALLY COMMITTED. I HAVE BEEN IN CUSTODY WITH 'RICKY' FOR SEP SEVERAL MONTHS NOW AND I HAVE PERSONALLY HAVE SEEN THE AFFECT OF THE OVER CHARGING OF THE CASE. I HAVE SEEN HIM SUFFER SO MUCH EMOTIONAL TRAUMA TO THE POINT OF LOOSING HIS SANITY PHYSICAL STRESS TO WERE, HE HAS BEEN TAKEN FOR WEEKS TO THE HOSPITAL. ALL FOR A PICTURE BEING PAINTED OF A FALSE EXAGGERRATED CRIME. I KNOW THAT USF&W RECEIVED A 114 MILLION GRANT TO COMBAT WILDLIFE TRAFFICKING AND SADLY WE ARE THE RESULT OF THIS. THE NEED FOR MEDIA EXPOSURE AND POLITICAL RESULTS IS RESULTING IN CASES THAT ARE MADE OUT TO BE SO MUCH MORE BIGGER AND MALICIOUS THAN THEY SHOULD BE. I AM A VICTIM OF THIS FACT AND WHILE I HAVE NO PROBLEM TAKING RESPONSIBILITY FOR MY ERRORS IN NOT FOLLOWING THE LAW. I CAN'T SIT HERE AND ALLOW THE PROSECUTORS TO FALSELY ACCUSE AND EXAGGERRATE OUR CRIMES.

< PAGE 2 >

HOPE YOU WILL GIVE ME THE RESPECT AS A HUMAN BEING TO HEAR MY STANDING UP TO A GREAT INJUSTICE THAT IS DESTROYING A HUMAN LIFE. EVERYTHING I HAVE WROTE TODAY COMES FROM MY KNOWLEDGE OF THE REPTILE HOBBY / TRADE AND THE RESEARCH OF 'RICKY'S DISCOVERY EVIDENCE IN WHICH I CLEARLY RECOGNIZE OTHER REPTILE KEEPERS / DEALER'S BUT HAVE NEVER HEARD OF RICKY NOR DOES HE HAVE ANY REPTILE KNOWLEDGE OR DOES HE KEEP ANY REPTILES LIKE MOST OF PEOPLE INVOLVED IN THE TRADE.

      THANK YOU
      YOUR HONOR

     JOSE MANUEL PEREZ

I WOULD NOT BE OK IF I DID NOT TRY TO ADDRESS A GREAT INJUSTICE.

&lt; PAGE 3 &gt;

CASE NO.: CR24-00161-JLS
DEFENDANT: SAI KEUNG TIN
METROPOLITAN DETENTION CENTER
PO BOX 531500
LOS ANGELES, CA 90053

LOS ANGELES CA 900
2 JAN 2025 PM 8 L

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN - 6 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ JUDGE JOSEPHINE L STATON

UNITED STATES DISTRICT JUDGE

TO: First ST, US COURTHOUSE
350 WEST 1st STREET
LA, CA 90012

COURTROOM 8A, 8th FLOOR
90012-456450

The enclosed letter was processed through special mail procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Legal Mail

J. Reeder
12-31-24