**EXHIBIT 1**

# WHATSAPP MESSAGES - ANDROID

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 3 |
| Display names | ███████ @s.whatsapp.net<br><br>Local User<br><br>纪叶容 |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 8529 |
| First message sent date/time | 12/29/2021 3:55:01.371 PM |
| Last message sent date/time | 2/25/2024 4:51:30.000 PM |
| Case time zone | (UTC) Coordinated Universal Time |

---

**Local User <ST126139, Item 2A (Extraction 1)>**                                   ↗ Sent

2/16/2024 11:26:20.070 AM

我去美国做野好唔好？   Do you think it is good for me to work in the U.S?

---

███████ @s.whatsapp.net                                                      ✓ Received

2/16/2024 11:33:35.000 AM

   Who arranged with you to work in the U.S

2b0cc184-5008-49bb-8ca2-34238e09505e.oga

*Click to play the audio attachment.*

---

**Local User <ST126139, Item 2A (Extraction 1)>**                                   ↗ Sent

2/16/2024 11:46:05.285 AM

龟大佬   TurtleBigBrother.

TIN_0010422

██████████ @s.whatsapp.net

✓ Received

2/16/2024 11:46:40.000 AM

 Is it true that he has ways to earn money? It would be great if it is.

257c3846-65bf-412c-8e2e-ed7b3787f40f.oga

*Click to play the audio attachment.*

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/16/2024 11:47:00.664 AM

比$30000底薪    Minimum pay is $30,000.

██████████ @s.whatsapp.net

✓ Received

2/16/2024 11:47:24.000 AM

 $30,000 minimum pay?  $30,000 is something you also can make in HongKong.

af52909b-157e-4d9d-8365-674a8efbe4c9.oga

*Click to play the audio attachment.*

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/16/2024 11:47:33.708 AM

另外有食宿住宿    With board and lodging.

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/16/2024 11:48:13.371 AM

仲有每寄1件到香港$1000美元    And USD$1,000 per package shipped to HongKong.

██████████ @s.whatsapp.net

✓ Received

2/16/2024 11:48:40.000 AM



That sounds very appealing. But is it real? Besides sending out packages for him, what else actually would you need to do?

da9b1b57-dc60-441a-ad53-4b4a51460d69.oga

*Click to play the audio attachment.*

---

**Local User <ST126139, Item 2A (Extraction 1)>**    ↗ Sent

2/16/2024 11:49:11.525 AM

即係我地唔会再收貨 我係發貨收$1000美金    That means we are not receiving pakages anymore. I'll be paid USD$1,000 for shipping.

---

**Local User <ST126139, Item 2A (Extraction 1)>**    ↗ Sent

2/16/2024 11:49:32.461 AM



Shipping, shipping for him, mainly shipping for him. What do you think I would do? You can immagine that!

a72b2eae-b9c6-446a-b29d-3645fea0c41c.oga

*Click to play the audio attachment.*

---

✓ Received

████████@s.whatsapp.net

2/16/2024 11:49:57.000 AM



Does he have so many shipping for you to do?

b8af2f9a-20d9-4fe5-8727-8bf027d138ad.oga

*Click to play the audio attachment.*

---

**Local User <ST126139, Item 2A (Extraction 1)>**    ↗ Sent

2/16/2024 11:50:24.374 AM

473eb9ad-0c07-4b32-b3ef-72c93a4ada28.oga

*Click to play the audio attachment.*

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/18/2024 2:10:44.534 AM

你話下啦
我去2个月左右就回來,
返黎再做返地盤
有咁机会去一次都好

So think about it. I'll be back in about two months. When I return, I'll resume work at the construction site. This is a good opportunity for me to go.

**████████@s.whatsapp.net**

✓ Received

2/18/2024 2:17:57.000 AM

你覺得自己做得到就去

You can go if you believe you can handle it.

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/18/2024 4:12:36.719 AM

TIN_0010427

付款目的　**Payment purpose**

## OTH OTHER PAY

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/21/2024 10:44:17.978 AM

 What do you plan to do after work? Do you feel like dining in Dim sum restaurant on Jordan Road? Or what do you think?  I already set a meetup with Turtle guy in Tsim Sha Tsui, this evening, tonight.

cc0d4cf7-45f3-40b5-8ac7-5a3b633626fc.oga

*Click to play the audio attachment.*

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/22/2024 1:06:14.688 AM

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/23/2024 10:55:41.465 AM

收几点     What time will you be done with your work?

_____@s.whatsapp.net

✓ Received

2/23/2024 10:56:06.000 AM

收9點     Will be done at 9pm.

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/23/2024 12:33:58.840 PM

TIN_0010438



TIN_0010439



___@s.whatsapp.net

✓ Received

2/23/2024 12:35:23.000 PM



It looks so fake, don't buy it. Especially if you are visiting the U.S., they'll recognize it as a knock-off. Never take this kind of bag there.

ab2500e3-3f1f-4d08-b285-fa7ec4580dc5.oga

*Click to play the audio attachment.*

---

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/23/2024 12:35:54.960 PM

佢買比我用        He bought it for me.

---

___@s.whatsapp.net

✓ Received

2/23/2024 12:55:09.000 PM



Oh, the Turtle guy bought it for you? Or is he just giving you one from his home?

9bc5e297-2b3b-429a-a297-e133ab486da9.oga

*Click to play the audio attachment.*

---

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/23/2024 12:55:40.449 PM



He bought it specially from the Ladies' market. He did not want me to use a big luggage case and he asked me if I had bought a carry-on case. Those two brothers are very smart. Maybe he already knew I planned to use a big luggage case. He told me that not to use the big one, but in a very polite way. He said that if I put a LV bag on top of a carry-on case, I could fit all my belongings.

f4a569bd-bae5-4c6e-8bbe-f6087c1e77c7.oga

*Click to play the audio attachment.*

**EXHIBIT 2**

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/23/2024 7:25:08.304 AM

都几多
1) 点book uber呢在當地, 係咪同香港一樣, download美國uber 抑或香港uber, 有無唔同
2) Trivago 又係咪 | 樣
3)我亦会搭好多內陸机由El Paso(Texas) 飛去 西雅圖

several things
1) how to order uber, same as in hong kong, download the us uber app?
2) what is trivago? same thing?
3) i will fly to seattle from el paso (texas) several times


_____@s.whatsapp.net

↙ Received

2/23/2024 7:28:48.000 AM

for uber, download the app first, and input your credit card informaton, i am not sure if you have samsung pay, anyway it is all eletronic payment.
second question, i dont understand.
your third question, you said you need to fly to seattle, so do you want me to book the flights for you or what?

528dd7d0-a0fd-41eb-908e-d5d6a7ae023a.oga

*Click to play the audio attachment.*

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/23/2024 7:37:05.766 AM

1) uber 我比AE card
2) Trivago 當面再問你
3) 所有 domestic, 我老細会係香港book

1. i use the ae card for uber
2. about the trivago, i will ask you when we meet
3. all for domestic flights, my boss will book the flight for me in HK

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/23/2024 7:38:07.189 AM

仲有cx D哩数, 到時係机場入返落Asia Miles?

regarding the mileage of CX, do i claim the asia miles in the airport?

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/23/2024 7:48:55.303 AM

比D保險Plan我睇下先, 仲未買呀。 叫老細比$

show me some insurance plans, i need to ask my boss for the reimbursement

**Local User <ST126139, Item 2A (Extraction 1)>**

↗ Sent

2/23/2024 7:49:10.220 AM

唔比都要自己買        i need to get insurance even i need to pay out of pocket

**EXHIBIT 3**

12/19/2023 12:09:21.000 PM

*No message content to display.*

---

✓ Received

███████@s.whatsapp.net

2/17/2024 1:53:58.000 PM

*No message content to display.*

---

↗ Sent

**Local User <ST126139, Item 2A (Extraction 1)>**

2/18/2024 11:30:10.170 PM

我應承你去美國合作    I agree to go to the U.S. and work with you.

---

✓ Received

███████@s.whatsapp.net

2/18/2024 11:30:25.000 PM

😊👍

---

✓ Received

███████@s.whatsapp.net

2/18/2024 11:32:24.000 PM

你最快何時能起行    When is the earliest you will be ready to go?

---

↗ Sent

**Local User <ST126139, Item 2A (Extraction 1)>**

2/18/2024 11:35:43.202 PM

下星期一    Next Monday.

---

✓ Received

███████@s.whatsapp.net

2/18/2024 11:36:05.000 PM

發你passboard 比我    Send me your passport copy.

---

✓ Received

███████@s.whatsapp.net

2/18/2024 11:36:14.000 PM

我去幫你買機票    I will buy the air ticket for you.

███████████@s.whatsapp.net

✓ Received

2/22/2024 11:16:03.000 AM



FI 2024 - TIN SAIKEUNG ( CX JFK ).docx

**SEE TRANSLATION 10-01**

███████████@s.whatsapp.net

✓ Received

2/23/2024 1:06:14.000 AM

第一日）周日中午到紐約NY甘乃迪機場JFK後，會有兩個分叉，90%會有鬼佬朋友來接你去新澤西NJ見鬼佬，10%機會是自己uber去那裡，但我會盡量安排人去接你，因為uber要450美金（見圖1）。周日下午我要你酒店check-in，酒店暫定是Days Inn酒店（地址為405 East Absecon Boulevard, Absecon, NJ）（見圖2），要用你AE卡訂，因為酒店有時要用你張卡去認證入住。check-in完，我會叫鬼佬帶你去購買明天所需物品，薄襪50對、廚房抹手紙6卷、大浴巾兩條、同大膠紙6卷，呢d鬼佬都識買，但你要學，因為呢度既量只夠做1次30來個，你在德州TX既El Paso城要搵下邊度有呢d材料，記住唔好將物品的條碼及單據放埋入箱，記住每項支出每晚列明給我，最後，就是去鬼佬家，呢度好重要，打醒12分醒神記諗，不時影低路邊特色建築，及到步後用Google定位位置載圖發給我，然後到家後，幫我睇下佢處理貨地方，到時視頻我，這晚任務就完結回酒店再詳談。

第二日）我會叫鬼佬手把手教你發UPS，首先去那裡購買UPS專用箱，問鬼佬咩尺寸OK，然後記住可行的一兩個型號，以後空手去UPS Store就識型號買箱回酒店打包，再而將物品於車上打包2箱（打包昨日買的物資或部份你自己的衫褲減輕行裝），再將一個完整打包好既箱入UPS投遞，用以觀察職員有冇問有咩需要回答，將物品寄去德州El Paso城既UPS Store，以下我給你2個選擇點：
(UPS Store可於這裡搜尋 https://www.theupsstore.com/tools/find-a-store )

1）收件人 Tin Sai Keung
收件地址 8900 Viscount, El Paso, TX 79925 (UPS Store)
電話 留昨日Walmart買的1號電話號碼或2）收件人 Tin Sai Keung
收件地址 1616 Pike Rd Ste F109, El Paso, TX 79925 (UPS Store)
電話 留昨日Walmart買的1號電話號碼

完成後，去另一間UPS Store重覆步驟，第二間盡量唔洗鬼佬跟你入，要兩間既原因是因為要試下面對唔同既職員，有咩唔同既反應，記住如果之後冇來頭要開箱，就扮有急事無帶銀包臨返舊件去，應該記住呢間店呢個職員，黑名單佢，還有，除了這以外，你寄件盡量在4點至5點收工時間寄，完成UPS內陸投遞後，叫鬼佬車你去美國郵局USPS，試寄國際郵件，同下職員超特快其實叫咩名（EH件），以後用這名來投遞，將箱寄去香港地址，以下有兩個選項：

████████████████████████

████████████████████████

寄完第一件國際，又係去其他郵局試寄其他，呢度4件，其中兩件可以用你張AE卡碌，盡量減低現金流失，因為d箱係乾淨的，唔怕有記錄，但國際與本地各其中一件，盡量用現金，因為想試比現金時既反應，另一件可碌卡，因為都幾貴，UPS 翌日早上特快（見圖3圖4）要約240美金，USPS/EMS國際特快件要約130美金，完成晒上面事項後，應該已經下午2至3點，我聯下買唔買得切機票，一係傍晚或晚上走，一係周二一早走。（記住影低所有寄件底單，然後傳比我某個乾淨電話*非這號碼）

第三日）到El Paso城後（見圖5圖6），首先揾酒店落腳，呢個重點城好細，我uber預測（圖7）試過路線都唔長10米元美金uber錢，你到步後去酒店，就去UPS store提件再回酒店，再去附近大型商場超市行，搜集資料一下，用品那裡方便買，另外，再搜尋一下UPS Store準備明日發件去西雅圖Seattle WA，傍晚或晚上我就會安排你攞貨，再立即回酒店，將資浸水15分鐘，然後乾放去訓晤

第四日）今次比較特別，一早7點就進行包裝，然後呢日觀察佢地既發警情況，然後去作出改善，下午3點半就去UPS Store投遞。投遞地址有2個選項：這裡有機會更改，因為我未知西雅圖會去那個機場，暫時假設在西雅圖SEA機場，我就去UPS網站搜"seattle airport sea"附近既UPS store

TIN_0010640

1）收件人 Tin Sai Keung
收件地址 17837 1St Ave S Normandy Park, WA 98148 (UPS Store)
電話 留昨日Walmart買的1號電話號碼收2）收件人 Tin Sai Keung
收件地址 126 Sw 148Th St Ste C100 Burien, WA 98166 (UPS Store)
電話 留昨日Walmart買的1號電話號碼
完畢後我就聽下買唔買到即晚機票去西雅圖，可以的話即晚去西雅圖。

第五日）人昨晚已到西雅圖酒店，然後今日12點前去昨日寄西雅圖的UPS Store 取件，再回酒店打包，到時要
check下有無尿襪，要換乾襪，放低貨在酒店，去附近USPS/EMS店買箱買後備襪2 3對及攞投遞紙（見圖8），
然後回酒店打包，再在3 4點時投遞。以下有兩個選項：

████████████████████████████████████████
██████████████████████████

████████████████████████████████████████
███████████████████████████████████████████████

██████

以下是如何搜尋附近郵局 網址如下 https://tools.usps.com/find-location.htm ，這裡搜尋最尾要加US才能成
功搜尋 （見圖9）或是你在西雅圖酒店時，你按那個定點圖示應該可以搜尋附近郵局（見圖10）。完成後就回酒
店等消息，如無意外你一係留一日在西雅圖行下摸下地方，或回德州El paso行下，呢2個城要行熟一點，或是
我可能會安排你去紐約見紐約人熟習點攞現金，之後再決定。

✓ Received

██████████████@s.whatsapp.net

2/23/2024 1:06:24.000 AM

背左佢　　Memorize it.

✓ Received

██████████████@s.whatsapp.net

2/23/2024 1:08:27.000 AM

TIN_0010641

█████████████@s.whatsapp.net

2/24/2024 12:57:34.000 PM

?

---

✓ Received

█████████████@s.whatsapp.net

2/24/2024 12:57:52.000 PM

我說你酒店附近有賭場　I said there is a casino near your hotel.

---

↗ Sent

**Local User <ST126139, Item 2A (Extraction 1)>**

2/24/2024 12:58:02.311 PM

啊　Oh.

---

✓ Received

█████████████@s.whatsapp.net

2/24/2024 12:58:09.000 PM

同 查多d景點　And seach for more scenic spots.

---

✓ Received

█████████████@s.whatsapp.net

2/24/2024 12:58:16.000 PM

因為你去2個星期　Because you will be there for two weeks.

---

✓ Received

█████████████@s.whatsapp.net

2/24/2024 12:58:38.000 PM

如果比人抽中入房 要搭行程　If you're picked, they will have you in a room and you need to answer the questions about your itinerary.

---

✓ Received

█████████████@s.whatsapp.net

2/24/2024 12:58:59.000 PM

唔好毫無準備咁被周到口啞　Get ready for the questions or you will not be able to answer them.

---

✓ Received

█████████████@s.whatsapp.net

2/24/2024 1:01:10.000 PM

**EXHIBIT 4**

## Translation 10-01

**Local User <ST126139, Item 2A (Extraction 1)>**

2/24/2024 10:31:19.285 PM

Day 1) After arriving at JFK Airport in New York (NY) at noon on Sunday, there will be two possibilities. 90% chances is that a friend of the Gweilo would pick you up then go to New Jersey to see Gweilo. There is a 10% chance of going there by Uber by yourself. But I will try my best to arrange for someone to pick you up, because Uber would cost US$450 (see Picture 1). I want you to check-in at the hotel on Sunday afternoon. The hotel is tentatively the Days Inn Hotel (address is 405 East Absecon Boulevard, Absecon, NJ) (see Picture 2). You need to use your AE card to book, because the hotel sometimes requires your card to authenticate the check-in. After check-in, I will ask Gweilo to take you to buy the items you need for tomorrow, 50 pairs of thin socks, 6 rolls of kitchen paper towels, two large bath towels, and 6 rolls of large scotch tapes. Gweilo knows what to buy but you also have to learn, because the quantity is only good for one time for about 30 pieces. When you are in El Paso, Texas, you have to know where to find these materials. Remember never put the barcode and receipt of the item in the box. Remember to itemize every expense to me every night. Finally, go to Gweilo's house. This part is very important. Always stay alert to remember the roadmap in your mind. From time to time, you can take pictures of the landmark buildings along the way. When you get there, use Google to locate it and send me a snapshot of the location. And when you arrive at his home, make sure to check where the goods are processed in the house then send the video to me later. Once everything is done, we will discuss the details when you return to the hotel at night.

Day 2)  I will ask Gweilo to teach you how to ship via UPS step by step. First, go to the store and buy a UPS box. Ask Gweilo what size is the right one and remember one or two common package type codes. Later, you can just go to the UPS Store empty-handed, mention the type codes of boxes you need, saying you will buy them and pack them back at the hotel. Then pack two boxes of items in the car (the supplies you bought yesterday, or some of your own clothing to lighten the luggage). Bring one completely packed box into the UPS Store and ship it. While doing this, observe what the staff ask and what information you need to provide. Ship the items to the UPS Store in El Paso, Texas. I will give you 2 options below:

(UPS Store can be searched here: https://www.theupsstore.com/tools/find-a-store)

1) Recipient: Tin Sai Keung

Shipping address: 8900 Viscount, El Paso, TX 79925 (UPS Store)

Phone number, leave the phone number #1 that was purchased at Walmart yesterday.

2) Recipient Tin Sai Keung

Shipping address 1616 Pike Rd Ste F109, El Paso, TX 79925 (UPS Store)

Phone number, leave the phone number #1 that was purchased at Walmart yesterday.

After doing this, go to another UPS Store and repeat the steps. Try not to let Gweilo come into the second store to assist you. The reason for visiting two stores is to help you experience different reactions from different staff. Remember, if any asshole insists you unpack and check the box, just pretend you forgot your wallet and need to leave urgently. Be sure to take the packed box with you when you leave. Then you should remember the staff and this store, then blacklist them. Also, you should try to ship the items during the closing time of the stores between 4 and 5 pm. After completing the UPS domestic shipping, ask Gweilo to drop you off at a USPS office to try international shipping. Ask the staff what the name of the super express service is (EH mail). Then you use this service and send the box to a Hong Kong address. There are two options below:

After shipping the first international item, you can go to other post offices to send other items. There were 4 items, and you can use your AE card to send two of them to minimize cash use, because these boxes are clean and there is no need to worry about leaving the records. For one item for international shipping and one item for domestic shipping, try to pay with cash because I want you to experience how the staff react when it is paid by cash. The other item can be paid by card since it will be more expensive. UPS Next Day Air Early (see pictures 3 and 4) costs about $240, while USPS/EMS International Express for the same item is about $130. After completing these tasks, it should be around 2 to 3 PM. I will check if I can buy the air tickets, either to leave in the evening or at night, or to leave early on Tuesday morning. (Remember to take pictures of all shipping receipts and send them to my clean phone number *not this number).

Day 3) After arriving in El Paso (see pictures 5 and 6), first find a hotel to stay in. This key city is quite small. Using the Uber app (see picture 7), I estimated that traveling between destinations wouldn't cost more than $10. Once you've settled into the hotel, head to the UPS store to pick up the package, then return to the hotel. Next, explore the nearby strip malls and stores to identify convenient places to buy supplies. Also, search for the UPS Store to prepare to ship the package to Seattle, WA, tomorrow. In the evening or at night, I will arrange for you to pick up the goods. Then, return to the hotel immediately, soak the goods in water for 15 minutes, let them dry, and go to bed.

Day 4) This time is quite special. Packing should start at 7 o'clock in the morning, then observe how they make the sound in the day and make improvements accordingly. Go to the UPS Store for shipping at 3:30 in the afternoon. I'm giving you two options for shipping addresses. But it is likely that it could change, because I don't know which Seattle airport will be finally used. For now, assume it is Seattle SEA Airport. I will then go to the UPS website and search for the UPS store near "Seattle Airport sea."

1) Recipient Tin Sai Keung
Shipping address: 17837 1St Ave S Normandy Park, WA 98148 (UPS Store)
Phone number, Leave the phone number #1 that was purchased at Walmart yesterday.
2) Recipient Tin Sai Keung
Shipping address 126 Sw 148Th St Ste C100 Burien, WA 98166 (UPS Store)
Phone number, leave the phone number #1 that was purchased at Walmart yesterday.
After that, I will see if I can buy a ticket to Seattle that night. If possible, go to Seattle that night.

Day 5) Already arrived at the hotel in Seattle last night, and before 12 o'clock today, go to the UPS Store in Seattle to pick up the package sent yesterday. Then go back to the hotel to pack. Need to check whether there are any socks urinated, change to dry socks if yes. Leave the goods at the hotel, then go to the nearby USPS/EMS store to buy box(es), buy 2 to 3 pairs of socks for backup, and get the shipping forms (see Picture 8), then return to the hotel to pack and ship it at 3pm to 4pm. There are two options below:

Here is a link on how to search for a nearby post office: https://tools.usps.com/find-location.htm. You must add "US" at the end to get accurate results (see Picture 9). Alternatively, when you are at the hotel in Seattle, just click the location icon, and it should show you nearby post offices (see Picture 10). After that, return to the hotel and wait for my updates. If everything goes well, you can stay in Seattle for a day to explore, or go back to El Paso, Texas. You need to become more familiar with these two cities. I might arrange for you to go to New York to meet the New Yorkers and learn how to get some cash. Will decide that later.

*Translator's notes:*

*The literal translation of gwáilóu would thus be "ghostly man" or "devil man". In the context, it means a foreign guy. Please see the Wikipedia for more information.*
*https://en.wikipedia.org/wiki/Gweilo*